IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                         PLAINTIFF

v.                      No. 4:19-cr-230-DPM

CHRISTOPHER WAYNE GABLE                    DEFENDANT

## ORDER

1. Gable has written to the Court about issues with his appointed lawyer. The Court directs the Clerk to file the attached letter *ex parte* and under seal because it contains information about the attorney-client relationship. The Court directs Gable's lawyer to arrange a confidential attorney-client phone call to discuss the matters in Gable's letter. The call must take place no later than 4 September 2020; and counsel must file an *ex parte* status report by 8 September 2020.

2. Gable is entitled to a competent lawyer—not the lawyer of his choice or a lawyer who will follow all of his requests. *E.g., United States v. Taylor*, 652 F.3d 905 (8th Cir. 2011); *United States v. Barrow*, 287 F.3d 733 (8th Cir. 2002). There are some decisions that Gable gets to make in this case. But many decisions are entrusted to his lawyer's professional judgment. Gable's disagreement with those judgment calls—or his dissatisfaction with the Court's rulings—isn't grounds for a new lawyer. And it isn't a reason to bypass his lawyer and file papers himself. Gable must speak to the Court only through counsel.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 August 2020